UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEQUAVIUS PICOU, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and UNIVERSITY OF WEST GEORGIA,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br><br>1:20-CV-04697-CAP |

## **O R D E R**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The clerk is directed not to substitute another case for this action.

**SO ORDERED** this 20th day of November, 2020.

　　　　　　　　　　　　　　　/s/CHARLES A. PANNELL, JR.
　　　　　　　　　　　　　　　CHARLES A. PANNELL, JR.
　　　　　　　　　　　　　　　United States District Judge