IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEQUAVIUS PICOU, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONALCOLLEGIATE ATHLETIC ASSOCIATION, and UNIVERSITY OF WEST GEORGIA,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-4697-SCJ |

## **O R D E R**

The undersigned hereby **RECUSES** himself from consideration of the above entitled action and **DIRECTS** the Clerk of Court reassign this matter in accordance with the Internal Operating Procedures of this Court.

**IT IS SO ORDERED**, this 9th day of December, 2020.

　　　　　　　　　　　　　　　　s/Steve C. Jones
　　　　　　　　　　　　　　　　STEVE C. JONES
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE