AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| DEQUVIOUS PICOU, individually and on behalkf of others similarly situated,<br>Plaintitff,<br><br>*Plaintiff(s)*<br>v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and UNIVERSITY OF WEST GEORGIA,<br>Defendants<br><br>*Defendant(s)* | Civil Action No. 1:20-cv-04697-MHC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
700 W. Washington Street
P.O. Box 6222
Indianapolis, Indiana 46206-6222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith Altman, Esq.
Odis Williams, Esq.
The Law Office of Odis Williams, P.C.
1640 Powers Ferry Road
Building 20, Suite 300
Marietta, GA 30067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/22/2021

*Signature of Clerk or Deputy Clerk*