IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEQUAVIOUS PICOU, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-04697-MHC |
| Plaintiff, | Judge Mark H. Cohen |
| v. | |
| THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | |
| Defendant. | |

**DEFENDANT NCAA'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Georgia Local Rule 3.3, Defendant National Collegiate Athletic Association ("NCAA") submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

1.  The undersigned counsel of record certifies the NCAA is a public non-governmental party, that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    **None**.

3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiffs**:

| | |
|---|---|
| Keith Altman | The Law Office of Keith Altman |
| Odis Williams | The Law Offices of Odis Williams |

**Defendant NCAA:**

| | |
|---|---|
| Thomas E. Lavender, III | FisherBroyles LLP |

Dated: March 12, 2021    Respectfully submitted,

*/s/Thomas E. Lavender, III*
Thomas E. Lavender, III
Georgia Bar Number 439389
One of the Attorneys for Defendant National Collegiate Athletic Association

Thomas E. Lavender, III
ted.lavender@fisherbroyles.com
FISHERBROYLES, LLP
945 East Paces Ferry Road, Suite 2000
Atlanta, Georgia 30326
Telephone: (404) 600-1374

## CERTIFICATE OF SERVICE

I do hereby certify that on March 12, 2021, a true and correct copy of the foregoing DEFENDANT NCAA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was filed with the Clerk of the Court using the CM/ECF system, which will send notification to the attorneys of record.

Date:  March 12, 2021

/s/ *Thomas E. Lavender, III*
Thomas E. Lavender, III
Georgia Bar Number 439389
One of the Attorneys for Defendant
National Collegiate Athletic Association

FISHERBROYLES, LLP
945 East Paces Ferry Road, Suite 2000
Atlanta, Georgia 30326
Telephone: (404) 600-1374
ted.lavender@fisherbroyles.com