IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEQUAVIUS PICOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-4697-MHC |

## ORDER

Defendant has filed an Unopposed Motion for Extension of Time to Answer or Otherwise Plead in Response to Complaint [Doc. 17], requesting an extension of twenty-eight (28) days, until April 13, 2021, to answer or otherwise respond to the Class Action Complaint [Doc. 1]. As indicated by the motion, Plaintiff does not object to the request. It is hereby **ORDERED** that Defendant's Motion for Extension of Time to Answer or Otherwise Plead in Response to Complaint [Doc. 17] is **GRANTED**.

Defendant shall have until April 13, 2021, to file its answer or otherwise plead in response to the Complaint.

**IT IS SO ORDERED** this 12th day of March, 2021.

_____
MARK H. COHEN
United States District Judge